# United States Bankruptcy Court
## District of Nevada

Case No. **10–18372–bam**
**Chapter 7**

In re: (Name of Debtor)
   PEGGY ANN HARWELL
   10452 MISSION PARK AVENUE
   LAS VEGAS, NV 89135

Social Security No.:
   xxx–xx–6068

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/19/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court